# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 5:00CR47-12 |
| Maricka Wanta Corpening ) | USM No: 16442-058 |
| Date of Previous Judgment:  6/17/08 ) | Chiege O. Kalu Okwara |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    DENIED.  √ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  115  months **is reduced to**  92 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

    ☐ The reduced sentence is within the amended guideline range.

√ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain): Defendant's reduction of sentence on June 17, 2008 pursuant to Rule 35(b) was based *solely* on the Government's representation that Defendant provided substantial assistance to the Government post-sentencing. The Court expressly declined to consider the impact of the retroactive application of Amendment 706 at that time.

**III. ADDITIONAL COMMENTS**

It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.o consider

Except as provided above, all provisions of the judgment dated  6/17/08  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  December 18, 2008

Effective Date:  December 27, 2008
    (if different from order date)

*Richard L. Voorhees* (signature)
Richard L. Voorhees
United States District Judge